James J. Foster
jfoster@princelobel.com
Aaron Jacobs
ajacobs@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENPAYROLL, INC. dba GUSTO, | **Case No.: 4:17-cv-03105-JSW** |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | |
| Defendants. | |
| NUTANIX, INC., | **Case No.: 4:17-cv-03181-JSW** |
| Plaintiff, | |
| v. | |
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: August 23, 2017  Respectfully submitted,

*/s/ James J. Foster*
James J. Foster
Aaron S. Jacobs
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: jfoster@princelobel.com
Email: ajacobs@princelobel.com

**Attorneys for Defendants**

2771552.v1

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS