James J. Foster
jfoster@princelobel.com
Aaron Jacobs (CSB No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NUTANIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNILOC USA, INC. and <br> UNILOC LUXEMBOURG, S.A., <br><br> Defendants. | Case No.: 4:17-cv-03181-JSW <br><br> ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 |

Defendants, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "the Legacy Defendants"), respectfully submit this Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civ. L.R. 3-12(b) and 7-11.  Nutanix, Inc., plaintiff in this action, has indicated it will file a response in support of this Administrative Motion.  Box, Inc., defendant in the case proposed to be related to the instant case, has not yet provided a position and may file a response.

The Legacy Defendants propose to relate patent infringement cases in this District regarding U.S. Patent Nos. 6,324,578 ("the '578 patent") and 7,069,293 ("the '293 patent"), both of which patents Uniloc Luxembourg acquired from International Business Machine (IBM) in 2016.[1]  The other cases in this District regarding these IBM patents are:

- *Uniloc 2017 LLC. v. Box, Inc.*, 3:19-cv-06988-VC
- *Nutanix, Inc. v. Uniloc 2017 LLC*; 4:19-cv-02733-JSW

---

[1] For ease of reference, each patent will be referred to by its last three digits.

- 1 -

## I. The IBM Cases

Nutanix brought this action in this District in June 2017 for a declaratory judgment of non-infringement of the '578 and '293 patents. This case is the "lowest-numbered case" as required by Civil L.R. 3-12(b), and as such is the case in which this Administrative Motion is filed.

In May 2018, Uniloc Luxembourg assigned the '578 and '293 patents to Uniloc 2017 LLC. Neither Legacy Defendant any longer has an interest in those patents or this action. Legacy Defendants have moved to add or substitute Uniloc 2017 as a defendant and counterclaim-plaintiff in this action.

In May 2019, Nutanix brought the -02733 action in this District against Uniloc 2017 LLC, also asking for a declaratory judgment of noninfringement of the '578 and '293 patents. No motion was filed to consider relating that action to this one, because that action had been assigned to the same judge.

The -06988 *Box* action was filed in the Western District of Texas in June 2019. On October 10, 2019, Box moved to transfer that action to the Northern District of California. The motion to transfer was granted, and the transfer took effect October 28, 2019. It is currently assigned to Judge Chhabria.

## II. Discussion

The *Box* action is related to this 3:17-cv-03181-JSW action against the Legacy Defendants, as both cases involve allegations of infringement of the '578 and '293 patents. The "actions concern substantially the same transaction or event," and "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(1)-(2).

For these reasons, Legacy Defendants respectfully request that the Court relate the above cases in this District.

- 2 -

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL L.R. 3-12                                    Case No.: 4:17-cv-03181-JSW

| | |
|---|---|
| 1  Dated:  October 30, 2019 | Respectfully submitted, |
| 2 | */s/ James J. Foster* |
| 3 | James J. Foster<br>Aaron S. Jacobs |
| 4 | **PRINCE LOBEL TYE LLP**<br>One International Place, Suite 3700 |
| 5 | Boston, MA 02110<br>Tel: (617) 456-8000 |
| 6 | Email: jfoster@princelobel.com<br>Email: ajacobs@princelobel.com |
| 7 | Attorneys for Defendants |

3320697.v1

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL L.R. 3-12

- 3 -

Case No.: 4:17-cv-03181-JSW